**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-20361
_____


In The Matter Of: Dennis Maurer; Brenda Maurer,

Debtors.

-------------------------------------------------------

Dennis & Brenda Maurer,

Debtors-Appellants,

versus

Texas Comptroller of Public Accounts,

Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-2098)
_____

April 15, 1999

Before GARWOOD, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Our review of the record in this case discloses that the evidence is insufficient to compel a finding that either Lisa Hastings--an employee of the Texas Attorney General--or the Texas Attorney General was the agent for the Texas Comptroller such that notice to Lisa Hastings constituted notice to the Texas Comptroller.

Because the bankruptcy court did not err in finding that the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Texas Comptroller General failed to receive adequate notice of the bar date, the court did not err in extending the bar date for the Texas Comptroller to file his claim, and the district court did not err in affirming the extension of the bar date.

AFFIRMED.